JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
Nicole Drey Huerter, SBN: 250235
    E-mail: ndrey@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, and BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>       Plaintiffs,<br><br>    v.<br><br>US ELOGISTICS SERVICE CORP, a New Jersey corporation, and DOES 1-10, Inclusive,<br><br>       Defendants. | Case No.:  5:19-cv-00789<br><br>**COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF:**<br><br>**(1) FEDERAL TRADEMARK INFRINGEMENT & COUNTERFEITING [15 U.S.C. § 1114/*Lanham Act* § 32(a)]**<br>**(2) FALSE DESIGNATION OF ORIGIN/UNFAIR COMPETITION [15 U.S.C. § 1125(a)/*Lanham Act* § 43(a)]**<br>**(3) TRADEMARK DILUTION [15 U.S.C. § 1125(c)]**<br>**(4) UNFAIR BUSINESS PRACTICES [*CALIFORNIA BUSINESS & PROFESSIONS CODE* § 17200]**<br>**(5) CONTRIBUTORY TRADEMARK INFRINGEMENT**<br>**(6) VICARIOUS TRADEMARK INFRINGEMENT**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiffs BMW of North America, LLC ("BMW NA") and Bayerische Motoren Werke AG ("BMW AG") (collectively "BMW" or "Plaintiffs") hereby file their Complaint for Damages and Declaratory Relief ("Complaint") against Defendant US Elogistics Service Corp ("US ELOGISTICS"), and Does 1-10, inclusive (collectively "Defendants").

## PARTIES

1.     Plaintiff BMW NA is a Delaware limited liability company registered to conduct business in the State of California with its principal place of business located in Woodcliff Lake, New Jersey. BMW NA is a wholly owned subsidiary of BMW (US) Holding Corporation, a Delaware corporation, which is a wholly owned subsidiary of BMW AG.  BMW NA is the exclusive authorized distributor of "BMW", "BMW M" and "MINI" automotive and related products in the United States.

2.     Plaintiff BMW AG is a German corporation organized under the laws of the Federal Republic of Germany with its principal place of business located in Munich, Germany.   BMW AG manufactures motor vehicles, emblems, wheels, grilles, and other parts in Germany and other countries for export and sale throughout the world.

3.     Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS is a New Jersey corporation registered to conduct business in the State of California with a principle place of business located in Chino, California.

4.     Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS, and Does 1-10, inclusive, and each of them, were the agents, partners, joint venturers, servants, and employees of every other defendant and the acts of each defendant, as alleged herein, were performed within the course and scope of that agency, partnership, joint venture, service or employment.

/ / /

- 2 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

5.      Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS and Does 1-10, inclusive, sued herein by fictitious names, are jointly, severally and concurrently liable and responsible with one another upon the causes of action hereinafter set forth.

6.      The true names and capacities, whether individual, corporate, associate or otherwise, of defendants herein identified as Does 1-10, inclusive, are unknown to Plaintiffs.  Plaintiffs therefore sue said Doe defendants by such fictitious names, and when the true names and capacities of said Doe defendants are ascertained, Plaintiffs will seek to amend this pleading accordingly.

## JURISDICTION / VENUE

7.      This Court has subject matter jurisdiction over this action pursuant to the Lanham Act, 15 U.S.C. § 1051, *et seq*., 28 U.S.C. §§ 1331 and/or 1338(a).

8.      This Court has general personal jurisdiction over Defendant US ELOGISTICS inasmuch as it is registered to conduct business in the State of California with a principal business office in California registered with the California Secretary of State at 13725-13835 PIPELINE AVE BLDG 30, CHINO, CA 91710.

9.      This Court has specific personal jurisdiction over Defendant US ELOGISTICS inasmuch as it has committed the tortious activities alleged in this Complaint in the State of California by operating commercial warehouses used in furtherance of the importation, sale and distribution of counterfeit goods in California.  Defendant US ELOGISTICS has sufficient minimum contacts with California such that the exercise of jurisdiction over it by this Court does not offend traditional notions of fair play and substantial justice.  In addition, Plaintiffs have significant contacts with the State of California. For example, Plaintiff BMW NA's Technology Office, Western Region Office, Group Representative Office, Engineering and Emission Test Center, and Training Center are all located in California.  In addition, Plaintiff BMW NA operates a Vehicle Distribution Center

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

1   (one of four) and Parts Distribution Centers (two of six) in California.  Plaintiff
2   BMW NA also has more than fifty (50) dealerships throughout the State of
3   California.

4       10.   Venue is proper in this district, *inter alia*, pursuant to 28 U.S.C. §
5   1391(b) because, Plaintiffs are informed and believe, and on that basis allege, that
6   a substantial part of the events or omissions giving rise to these claims occurred
7   within this District, in Chino, California, and has caused damage to Plaintiffs in this
8   District.

9                    **GENERAL ALLEGATIONS**
10       **Plaintiffs and the Famous BMW Trademarks and Products**

11      11.   Plaintiffs are in the business of designing, manufacturing, and
12   distributing motor vehicles, motor vehicle parts and accessories, sold under various
13   trademarks, including but not limited to:

14          a.   the "BMW" word mark, the BMW logo and BMW model
15   names, such as X 1, X3, X5, X6 (collectively "BMW Marks");

16          b.   the M logo and M model names such as M3, M5, M6, X5 M, X6
17   M (collectively "BMW M Marks"); and

18          c.   the "MINI" word mark, the MINI logo and MINI model names,
19   such as MINI COOPER, the S Design logo (collectively "MINI Marks").

20      12.   Plaintiffs' products and marks have achieved great success since their
21   introduction in commerce in the United States continuously since as early as 1955
22   for the BMW brand, since as early as 1987 for the BMW M brand, and since as
23   early as 2002 for the MINI brand.

24      13.   BMW also provides numerous services, such as maintenance and
25   repair services, financing, leasing, insurance and warranty services. BMW also sells
26   a wide variety of merchandise bearing the BMW, BMW M and MINI Marks,
27   including but not limited to apparel, mugs, bags, toys, pens and watches.  BMW has
28   manufactured, marketed and sold millions of vehicles in the United States.

- 4 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

14.     Plaintiffs have for decades utilized a network of authorized dealers in the United States to market both new and certified pre-owned BMW, BMW M and MINI vehicles, vehicle parts, accessories, and merchandise, and services such as rental, financing, and maintenance services. BMW currently has more than 340 authorized dealers in the United States.

15.     Plaintiffs' commercial success under the BMW, BMW M and MINI Marks in the United States and around the world has been tremendous. Plaintiffs have sold many billions of dollars of products and services under the BMW, BMW M, and MINI Marks in the United States over the years. Plaintiffs' motor vehicles and related motor vehicle parts and accessories have earned a reputation for innovation, quality and performance and have won numerous awards in the industry in the United States and around the world.

16.     Plaintiffs have spent substantial time, money and effort in developing consumer recognition and awareness of their marks and products.  Plaintiffs spend tens of millions of dollars every year in the United States to extensively advertise, market, and promote products and services offered under the BMW, BMW M and MINI Marks through a variety of media, including television and print advertisements, the Internet, and high-profile sponsorships.

17.     As a result of Plaintiffs' efforts, the quality of Plaintiffs' products, the high degree of promotion and the quality and popularity of the Plaintiffs' products, the BMW marks have been prominently placed in the minds of the public. Consumers, purchasers and the members of the public have become familiar with Plaintiffs' intellectual property and products, and have come to recognize the BMW marks and products and associate them exclusively with Plaintiffs. Plaintiffs have acquired a valuable reputation and goodwill among the public as a result of such association.  Indeed, the Plaintiffs' marks are famous in the United States and around the world.

/ / /

18.     In use in the United States since 1955, the BMW Marks, in particular, enjoy unquestionable fame as a result of long use, extensive advertising, massive commercial success, substantial publicity, and favorable public acceptance and recognition. Indeed, the BMW Marks have become among the most recognized brands in the world, and have consistently been ranked in many top-100 lists for years, including No. 22 in "100-top Most Powerful Brands" by Tenet Partners in 2017, No. 20 in "The World's Most Valuable Brands" by Forbes in 2018, and No. 13 in "Best Global Brands" by Interbrand in 2018, among many others.

19.     Furthermore, a number of federal district courts have recognized that the BMW Marks are famous. *See BMW of N. Am., LLC v. Eurotech Wheels, LLC*, No. 08 CV 0171 JM (WMC), 2008 WL 11337018, at *1 (S.D. Cal. July 25, 2008) (finding that the BMW Word Mark and BMW Logo are both famous); *BMW of N. Am., LLC v. Quality Star Benzz LLC*, No. 2:12-CV-00889-GMN, 2013 WL 1338233, at *1 (D. Nev. Mar. 29, 2013) ("BMW NA has expended millions of dollars in advertising across the United States in connection with its Marks [including the BMW Logo] making them famous."); *BMW of N. Am., LLC v. Eurocar Tech., L.L.C.*, No. 613CV1215ORL18DAB, 2014 WL 10748119, at *3 (M.D. Fla. July 15, 2014), report and recommendation adopted, No. 613CV1215ORL18DAB, 2014 WL 10742620 (M.D. Fla. Aug. 5, 2014) (finding that the BMW Logo is a famous mark).

20.     The MINI Marks have also become among the most recognized brands in the world, consistently reaching the "Best Global Brands" list of Interbrand, reaching the top 100 list for the first time in 2015 in position 98 and reaching its highest position at No. 87 in 2017.

21.     The Federal District Court of Arizona has also recognized that the MINI Mark is famous. *See* The Findings of Fact, Conclusions of Law, and Order issued on September 27, 2010 in *BMW of North America, LLC v. Mini Works, LLC*, Case No. CV-07-1936-PHX-SMM (D. Ariz.) (finding that "the MINI trademark is

suggestive, commercially strong, distinctive and famous and thus accorded greater protection by trademark laws"); affirmed by the Ninth Circuit on December 23, 2011 in *BMW of North America, LLC, v. Mini Works, LLC*, 2011 WL 6739483 (9th Cir. 2011).

### BMW AG's Registered Trademarks

22.     Although Plaintiffs have gained significant common law trademark rights based on their use in commerce of the BMW, BMW M and MINI Marks, advertising and promotion, Plaintiffs have also protected their valuable rights by filing for and obtaining numerous federal trademark registrations.

23.     Plaintiff BMW AG is the exclusive owner of numerous federally-registered and common law trademarks.

24.     Plaintiff BMW AG owns United States Patent and Trademark Office ("U.S.P.T.O.") certificates of registrations for the following marks relevant to this action (collectively the "BMW Trademarks").

| Mark | Reg. No. Reg. Date | Goods and Services (Summary) |
|---|---|---|
| BMW | 0611710 9-6-1955 | Automobiles, motorcycles. |
| BMW | 5333863 11-14-2017 | Metal badges and plates in class 06; Various land vehicle engine parts in class 07; Lights for vehicles and other goods in class 11; Land vehicles and various parts and accessories for land vehicles, including structural parts, side grills being vehicle trim, badges, wheels, hubcaps, valve stem caps and other goods in class 12; Pens, pencils, notepads, notebooks, decals, adhesive labels, and adhesive stickers, and other goods; boxes, namely, stationery boxes, cardboard boxes and paper boxes; |

- 7 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

| Mark | Reg. No. Reg. Date | Goods and Services (Summary) |
|---|---|---|
| | | shopping bags made of paper or cardboard, and containers, storage containers and packaging containers made of paper or cardboard; merchandise bags made of paper or cardboard and other goods in class 16; Floor mats for vehicles in class 27; Toy products in class 28. |
| BMW M | 4541350 6-3-2014 | Automobiles and their parts, namely, structural parts, wheels, steering wheels, door sills, gear shift knobs, headrests, seats, tire valve stem caps, license plate frames, badges for motor vehicles being trim; automotive body kits comprising external structural parts of automobiles; engines for land motor vehicles; Other services in 35 and 37. |
| BMW Motorsport | 4284327 2-5-2013 | Various parts for motor cars and other goods and services in class 12, including structural parts, wheels, wheel hubs, tire valves, badges for vehicles, decorative trim; Other goods and services in classes 9, 14, 18, 25, 28 and 41. |
|  | 613465 10-4-1955 | Automobiles, motorcycles and parts thereof. |
|  | 1450212 8-4-1987 | Apparatus for lighting for use in the automotive industry in class 11; Land vehicles and parts thereof in class 12; (Various other goods and services in Classes 1, 2, 3, 4, 5, 6, 8, 9, 11, 12, 14, 16, |

| Mark | Reg. No.<br>Reg. Date | Goods and Services<br>(Summary) |
|---|---|---|
| | | 18, 20, 21, 24, 25, 26, 28, 34, 35, 36, 37, 39, and 41.) |
|  | 4293991<br>2-26-2013 | Automobiles, motorcycles and sports utility vehicles and their parts namely structural parts, engines, wheels, transmissions, windshields, differentials, fenders, drive belts, gears, axles, brakes and braking systems, chassis, badges, bumpers, vehicle seats, trunks, side mirrors, rear view mirrors, steering wheels, shock absorbers, safety belts, rims for vehicle wheels, anti-theft devices for vehicles (among other goods in Class 12). |
|  | 5333900<br>11-14-2017 | Metal badges and plates in class 06; Various land vehicle engine parts in class 07; Lights for vehicles and other goods in class 11; Land vehicles and various parts and accessories for land vehicles, including structural parts, side grills being vehicle trim, badges, wheels, hubcaps, valve stem caps and other goods in class 12; Pens, pencils, notepads, notebooks, decals, adhesive labels, and adhesive stickers, and other goods; boxes, namely, stationery boxes, cardboard boxes and paper boxes; shopping bags made of paper or cardboard, and containers, storage containers and packaging containers made of paper or cardboard; merchandise bags made of paper or cardboard and other goods in class 16; Floor mats for vehicles in class 27; Toy products in class 28. |

| Mark | Reg. No.<br>Reg. Date | Goods and Services<br>(Summary) |
|---|---|---|
|  | 5333899<br>11-14-2017 | Metal badges and plates in class 06;<br>Various land vehicle engine parts in class 07;<br>Lights for vehicles and other goods in class 11;<br>Land vehicles and various parts and accessories for land vehicles, including structural parts, side grills being vehicle trim, badges, wheels, hubcaps, valve stem caps and other goods in class 12;<br>Pens, pencils, notepads, notebooks, decals, adhesive labels, and adhesive stickers, and other goods; boxes, namely, stationery boxes, cardboard boxes and paper boxes; shopping bags made of paper or cardboard, and containers, storage containers and packaging containers made of paper or cardboard; merchandise bags made of paper or cardboard and other goods in class 16;<br>Floor mats for vehicles in class 27;<br>Toy products in class 28. |
| X 1 | 3256739<br>6-26-2007 | Automobiles and structural parts therefor, except tires * and inner tubes for tires *. |
| X3 | 2867087<br>7-27-2004 | Passenger motor vehicles and structural parts therefor. |
| X5 | 2484353<br>9-4-2001 | Passenger motor vehicles and structural parts therefore. |
| X6 | 3335405<br>11-13-2007 | Automobiles and structural parts therefor, except tires and inner tubes for tires. |

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

| Mark | Reg. No.<br>Reg. Date | Goods and Services<br>(Summary) |
|---|---|---|
|  | 1438545<br>05-05-1987 | Automobiles. |
|  | 3526899<br>11-4-2008 | Automobiles and their structural parts; parts of automobiles, namely, engines, wheels, steering wheels, door sills, gear shift knobs, headrests, seats, tire valve stem caps, license plate frames, car badges; automotive body kits comprising external structural parts of automobiles (class 12); Various goods in classes 06, 14, 18, 25, and 28. |
|  | 3767662<br>3-30-2010 | Motor vehicles being land vehicles and their parts, namely, wheels, steering wheels, door sills being strips of metal affixed to the automobile sill, gear shift knobs, headrests, seats, tire valve stem caps, license plate frames, badges for motor vehicles being trim; automotive body kits comprising external structural parts of automobiles; engines for motor vehicles (class 12); Jewelry, in particular key rings of precious metal; horological and chronometric instruments (class 14); Adhesive paper badges and stickers of paper or plastic; various other goods in class 16; Various other goods and services in classes 7, 18, 25, 28, 37 and 41. |
|  | 3767663<br>3-30-2010 | Motor vehicles being land vehicles and their parts, namely, wheels, steering wheels, door sills being strips of metal affixed to the automobile sill, gear shift knobs, headrests, seats, tire valve stem |

- 11 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

| Mark | Reg. No.<br>Reg. Date | Goods and Services<br>(Summary) |
|---|---|---|
|  |  | caps, license plate frames, badges for motor vehicles being trim; automotive body kits comprising external structural parts of automobiles; engines for motor vehicles (class 12);<br>Jewellery, in particular key rings of precious metal; horological and chronometric instruments (class 14);<br>Adhesive paper badges and stickers of paper or plastic; various other goods in class 16;<br>Various other goods and services in classes 7, 18, 25, 28, 37 and 41. |
|  | 5522663<br>7-24-2018 | Automobiles and their structural parts; bicycles; parts of automobiles, namely, engines, wheels, steering wheels, door sills being strips of metal affixed to the automobile sill, gear shift knobs, headrests, seat, tire valve steam caps, license plate frames, car badges, namely, vehicle identification badges and automobile hood ornaments; automotive body kits comprising external structural parts of automobiles (class 12);<br>Various other goods and services in classes 7, 9, 14, 16, 18, 25, 27, 28, 35, 37 and 41. |
| X5 M | 3635625<br>6-9-2009 | Automobiles, sports-utility vehicles. |
| X6 M | 3612740<br>4-28-2009 | Automobiles, sports-utility vehicles.; Scale model cars and scale model sports-utility vehicles. |
| MINI | 2746570<br>8-5-2003 | Automobiles and structural parts therefor. |

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

| Mark | Reg. No.<br>Reg. Date | Goods and Services<br>(Summary) |
|---|---|---|
| MINI | 3515455<br>10-14-2008 | Automobiles and structural parts therefor; various car parts including wheels, tire valve stem caps, car badges, license plate frames;<br>Various goods in class 2, 4, 7, 12 and 27. |
| MINI COOPER | 2376477<br>8-15-2000 | Automobiles and structural parts therefor. |
| **MINI** | 3507903<br>9-30-2008 | Automobiles and structural parts therefor; various car parts including wheels, tire valve stem caps, car badges, license plate frames;<br>Various goods in class 6, 9, 12, 14, 16, 18, 21, 22, 25, and 28. |
|  | 2757755<br>9-2-2003 | Structural parts for automobiles and engines for land vehicles in class 12, as well as goods in class 28. |
|  | 2812820<br>2-10-2004 | Automobiles and structural parts therefor; automobile windshield sunshades; fitted boxes for storage in vehicle trunks; fitted car covers; valve stem caps for vehicle tires.<br>Various goods in classes 4, 6, 14, 16, 18, 27, and 28. |
|  | 5420440<br>3-13-2018 | Lights for vehicles and various goods in class 11;<br>Land vehicles and structural parts therefor, as well as other vehicle parts and accessories in class 12;<br>Various goods and services in classes 2, 3, 4, 6, 7, 8, 9, 14, 16, 18, 20, 21, 22, 24, 25, 26, 27, 28, 35, 36, 37, 38, 39, 40, and 43. |

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

| Mark | Reg. No. Reg. Date | Goods and Services (Summary) |
|---|---|---|
|  | 3004619 10-4-2005 | Motor vehicles. |

25.    The federal trademark registrations listed above are prima facie evidence of BMW's ownership and the validity of those registered trademarks. Further, many of these registrations are incontestable, and thus constitute conclusive evidence of BMW's exclusive right to use those marks for the products and/or services specified in those registrations pursuant to 15 U.S.C. §§ 1065 and 1115(b).

26.    Plaintiff BMW AG owns the BMW Trademarks.

27.    Plaintiff BMW AG has authorized and consented to Plaintiff BMW NA's use of the BMW Trademarks in the United States.

28.    Plaintiffs have never authorized or consented to Defendants' use of the BMW Trademarks in commerce, or any confusingly similar marks by Defendants.

**US ELOGISTICS' Infringing Conduct**

29.    Beginning on a date that is unknown to Plaintiffs and continuing to the present, Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS has, without the consent of Plaintiffs, imported and distributed goods to consumers that were publicly displayed and sold using BMW Trademarks in advertising, and that bear counterfeit BMW Trademarks, that were not manufactured by Plaintiffs or any manufacturer authorized by Plaintiffs.

30.    Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS operates and conducts business from commercial warehouse locations in the State of California and within this District.

/ / /

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

31.     Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS owns and operates a website with URL http://www.elogistic.com.

32.     Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS has intent to use applications pending with the U.S.P.T.O. for registration of the ELOGISTIC word mark (Serial Number 88235282) and ELOGISTIC design mark (Serial Number 88235291).

33.     Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS imports counterfeit goods into the United States from China bearing BMW Trademarks, and transports or arranges the transportation of said counterfeit goods to its warehouses in California and New Jersey as the ultimate consignee for foreign freight not yet sold to consumers.

34.     Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS imports, warehouses, stores, fulfills orders for, distributes and ships products to domestic consumers in the United States that are advertised for sale and sold online by foreign third-party sellers through Amazon.com ("Amazon") and eBay.com ("eBay"), including but not limited to a foreign third-party seller operating on Amazon under the seller name *Homose*, and foreign third-party sellers operating on eBay under the following user IDs: *masstextile*, *good764*, *twinborn*, *bonibia*, *ghost_shadow_light*, *ukshiyi*, *mtouch*, *easybuy-886*, *iman365-usa*, *akaso_tech*, *sellingplus100*, *easybuying2016*, *tabletexpress_uk*, *sansenkeji*, *honest201721*, *auto-part-2, tongxingmaoyi* and *hzyilun* ("Foreign Third-Party Sellers").

35.     Plaintiffs are informed and believe, and on that basis allege, that the Foreign Third-Party Sellers coordinate their online Amazon and eBay listings with Defendant US ELOGISTICS so that the product locations identified in their online listings correspond with the physical locations of Defendant US ELOGISTICS' warehouses.

- 15 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

36.     On January 20, 2017, in their ongoing investigation of infringing uses of BMW® Trademarks and online advertisements and sales of products bearing counterfeit BMW Trademarks, Plaintiffs authorized the purchase of "2xReflective 50cm BMW/M Car Body Side Door Auto Sticker Racing Decoration Decals" (eBay Item #162160467453) from eBay user ID "*masstextile*" for a cost of $5.64 sent from a PayPal electronic payment account to CABBAGES INTRNATIONAL TRADING INC with the email address jacentown.online.inc@gmail.com.

37.     On or around January 27, 2017, Plaintiffs received a package, pursuant to the January 20, 2017 order from "*masstextile*," with a shipping label return address of "Shipping Dept.NJ#11, 10 SIGLE LANE, UNIT B, DAYTON NJ 08810-3503."   The package contained a sticker featuring Plaintiffs' BMW Trademarks.   The sticker was inspected to determine authenticity and was determined to be counterfeit.

38.     On September 26, 2017, Plaintiffs authorized the purchase of "4 For BMW Logo LED Step Door Courtesy Welcome Light Ghost Shadow Laser Projector" (eBay Item #263038527654) from eBay user ID "*good764*" for a cost of $13.45 sent from a PayPal electronic payment account to a seller named in Chinese characters with the email address goodglobalparts@gmail.com.

39.     On or around October 9, 2017, Plaintiffs received a package, pursuant to the September 26, 2017 order from "*good764*," with a shipping label return address of "Dept NJ # 9Z449, 10 SIGLE LANE, UNIT B, Dayton, NJ 08810." The package contained ghost shadow lights with projector slides featuring Plaintiffs' BMW Trademarks.   The ghost shadow lights were inspected to determine authenticity and were determined to be counterfeit.

40.     On December 22, 2017, Plaintiffs authorized the purchase of "Fit BMW E46 E38 E83 315Mhz 3 Buttons Uncut Transponder Remote Key Chip Inside" (eBay Item #161826242541) from eBay user ID "*twinborn*" for a cost of $21.15 sent from a PayPal electronic payment account to a seller named in Chinese

1    characters with the email address ycouplehouse@gmail.com.

2        41.    On or around December 29, 2017, Plaintiffs received a package,

3    pursuant to the December 22, 2017 order from "*twinborn*," with a shipping label

4    return address of "Dept CA # 5, 18551 ARENTH AVE, CITY OF INDUSTRY CA

5    91748-1301."   The package contained a key fob featuring Plaintiffs' BMW

6    Trademarks.   The key fob was inspected to determine authenticity and was

7    determined to be counterfeit.

8        42.    On December 22, 2017, Plaintiffs authorized the purchase of "For

9    BMW E39 E46 E53 Uncut Transponder Remote Key With Chip 315Mhz" (eBay

10   Item #252897586137) from eBay user ID "*bonibia*" for a cost of $27.99 sent from

11   a PayPal electronic payment account to Hong Hanyan with the email address

12   camzoomall@gmail.com.

13       43.    On or around December 29, 2017, Plaintiffs received a package,

14   pursuant to the December 22, 2017 order from "*bonibia*," with a shipping label

15   return address of "Dept CA # 5, 18551 ARENTH AVE, CITY OF INDUSTRY CA

16   91748-1301." The package contained a key fob featuring Plaintiffs' BMW

17   Trademarks. The key fob was inspected to determine authenticity and was

18   determined to be counterfeit.

19       44.    Through a cease and desist letter dated March 22, 2018, Plaintiffs put

20   the owner of Defendant US ELOGISTICS on notice that it was distributing

21   counterfeit ghost lights to consumers in conjunction with eBay user ID "*good764*."

22       45.    On April 24, 2018, Plaintiffs authorized the purchase of "4 For BMW

23   Logo LED Step Door Courtesy Welcome Light Ghost Shadow Laser Projector"

24   (eBay Item #263038527654) from eBay user ID "*ghost_shadow_light*" for a cost

25   of $15.45 sent from a PayPal electronic payment account to a seller named in

26   Chinese characters with the email address goodglobalparts@gmail.com.

27       46.    On or around April 30, 2018, Plaintiffs received a package, pursuant

28   to the April 24, 2018 order from "*ghost_shadow_light*," with a shipping label return

- 17 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

address of "Dept.NJ # 9Z1177, 1100 CRANBURY SOUTH RIVER RD, MONROE TOWNSHIP NJ 08831-3405."  The package contained ghost shadow lights with projector slides featuring Plaintiffs' BMW Trademarks.  The ghost shadow lights were inspected to determine authenticity and were determined to be counterfeit.

47.    On May 15, 2018, Plaintiffs authorized the purchase of "4 Car Door Courtesy LED Projector Ghost Shadow Light for BMW Logo Welcome Lights" (eBay Item #282896843820) from eBay user ID "*ukshiyi*" for a cost of $15.10 sent from a PayPal electronic payment account to a seller named in Chinese characters with the email address uskaishengkun@163.com.

48.    On or around May 23, 2018, Plaintiffs received a package, pursuant to the May 15, 2018 order from "*ukshiyi*," with a shipping label return address of "Dept.NJ # 11WG297, 1100 Cranbury South River Rd, Monroe Township, NJ 08831."  The package contained two (2) 3D shadow lights and installation instruction with projector slides featuring Plaintiffs' BMW Trademarks.  The 3D shadow lights were inspected to determine authenticity and were determined to be counterfeit.

49.    On June 15, 2018, Plaintiffs authorized the purchase of "Black Metal Letter Rear Trunk LId Emblem Badge for BMW MINI Cooper Red S R55 R56" (eBay Item #172286423139) from eBay user ID "*mtouch*" for a cost of $20.99 sent from a PayPal electronic payment account to xiajianfeng with the email address mpowertouch@hotmail.com.

50.    On or around June 22, 2018, Plaintiffs received a package, pursuant to the June 15, 2018 order from "*mtouch*," with a shipping label return address of "Dept.NJ # 11W97, 1100 CRANBURY SOUTH RIVER RD, MONROE TOWNSHIP NJ 08831-3405."  The package contained a black COOPER emblem and red S emblem featuring Plaintiffs' BMW Trademarks.  The emblems were inspected to determine authenticity and were determined to be counterfeit.

51.   On July 3, 2018, Plaintiffs authorized the purchase of "BMW LED Logo Door Courtesy Laser light For 1er 3er 4er 5er 6er 7er X1 X3 X5 X6 M [3er ALL model 2005-2013, BWM LOGO" (eBay Item #323316922984) from eBay user ID "*iman365-usa*" for a cost of $19.99 sent from a PayPal electronic payment account to a seller named in Chinese characters with the email address 523526251@qq.com.

52.   On or around July 11, 2018, Plaintiffs received a package, pursuant to the July 3, 2018 order from "*iman365-usa*," with a shipping label return address of "Dept CA # 9Z2001, 13725 Pipeline Ave, Chino, CA 91710."   The package contained ghost shadow lights with projector slides featuring Plaintiffs' BMW Trademarks.   The ghost shadow lights were inspected to determine authenticity and were determined to be counterfeit.

53.   On July 6, 2018, Plaintiffs authorized the purchase of "4 For BMW Logo Step Door Courtesy Welcome Light Ghost Shadow Laser Projector" (eBay Item #223017357522) from eBay user ID "*easybuy-886*" for a cost of $14.89 sent from a PayPal electronic payment account to a seller named in Chinese characters with the email address easybuy221@gmail.com.

54.   On or around July 13, 2018, Plaintiffs received a package, pursuant to the July 6, 2018 order from "*easybuy-886*," with a shipping label return address of "Dept NJ # 9Z1177, 1100 CRANBURY SOUTH RIVER RD, MONROE TOWNSHIP NJ 08831-3405."   The package contained ghost shadow lights with projector slides featuring Plaintiffs' BMW Trademarks.   The ghost shadow lights were inspected to determine authenticity and were determined to be counterfeit.

55.   On September 14, 2018, Plaintiffs again put counsel for Defendant US ELOGISTICS on notice, with supporting evidence, that it was importing and distributing counterfeit products bearing Plaintiffs' BMW Trademarks.   In this second notice, Defendant US ELOGISTICS was put on notice of sales of stickers, ghost lights, remote keys, and emblems bearing BMW Trademarks to consumers in

conjunction with eBay user ID "*masstextile*," "*good764*," "*twinborn*," "*bonibia*," "*ghost_shadow_light*," "*ukshiyi*," "*mtouch*," and "*easybuy-886*."

56.     On November 6, 2018, Plaintiffs authorized the purchase of "4 Car Door Courtesy LED Projector Ghost Shadow Light For BMW Logo Welcome Lights" (eBay Item #263929991042) from eBay user ID "*akaso_tech*" for a cost of $12.38 sent from a PayPal electronic payment account to Lex Digital corporation.

57.     On or around November 14, 2018, Plaintiffs received a package, pursuant to the November 6, 2018 order from "*akaso_tech*," with a shipping label return address of "Dept NJ # 11WG279, 1100 Cranbury South River Rd, Monroe Township, NJ 08831."  The package contained ghost shadow lights with projector slides featuring Plaintiffs' BMW Trademarks.  The ghost shadow lights were inspected to determine authenticity and were determined to be counterfeit.

58.     On November 26, 2018, Plaintiffs authorized the purchase of "4 Pcs BMW Logo LED Step Door Courtesy Welcome Light Ghost Shadow Laser Projector" (eBay Item #264017417430) from eBay user ID "*sellingplus100*" for a cost of $8.99 sent from a PayPal electronic payment account to a seller named in Chinese characters with the email address orangecandy1989@hotmail.com.

59.     On or around November 30, 2018, Plaintiffs received a package, pursuant to the November 26, 2018 order from "*sellingplus100*," with a shipping label return address of "Dept CA # 11WG332, 13725 PIPELINE AVE, CHINO CA 91710-5417."  The package contained ghost shadow lights with projector slides featuring Plaintiffs' BMW Trademarks.  The ghost shadow lights were inspected to determine authenticity and were determined to be counterfeit.

60.     On December 11, 2018, Plaintiffs authorized the purchase of "Car Door LED Logo Projector Light for BMW, Ghost Shadow Welcome Lights Symbol Emblem Courtesy Step Lights Ground Lamp Kit for BMW 3 5 6 7 Z GT X Mini Series (2 Pieces)" (Amazon.com order number: 114-2306683-1548250) from Amazon seller "*Homose*" for a cost of $9.99 paid to Amazon.

61.     On or around December 20, 2018, Plaintiffs received a package, pursuant to the December 11, 2018 order from "*Homose*," with a shipping label return address of "Dept CA #42, 13725 Pipeline Ave, Chino, CA 91710."  The package contained ghost shadow lights with projector slides featuring Plaintiffs' BMW Trademarks. The ghost shadow lights were inspected to determine authenticity and were determined to be counterfeit.

62.     On February 6, 2019, Plaintiffs authorized the purchase of "4x LED Car Step Logo Welcome Lights Laser Shadow Door Projector for BMW E60 E90" (eBay Item #192654154991) from eBay user ID "*easybuying2016*" for a cost of $12.34 sent from a PayPal electronic payment account to Lex Digital corporation. On or around February 15, 2019, Plaintiffs' received a package, pursuant to the February 6, 2019 order from "*easybuying2016*," with a shipping label return address of "Dept NJ # 11WG279, 1100 Cranbury South River Rd, Monroe Township, NJ 08831."  The package contained ghost shadow lights with projector slides featuring Plaintiffs' BMW Trademarks.  The ghost shadow lights were inspected to determine authenticity and were determined to be counterfeit.

63.     On February 14, 2019, Plaintiffs sent a second cease and desist notice to Defendant US ELOGISTICS at the Chino, California warehouse address identified on packages connected to purchases from eBay user IDs "*iman365-usa*" and "*sellingplus100*" and Amazon seller "*Homose*."

64.     On February 20, 2019, Plaintiffs authorized the purchase of "4 Logo LED Step Door Courtesy Welcome Light Ghost Shadow Laser Projector For BMW" (eBay Item #232923857280) from eBay user ID "*tabletexpress_uk*" for a cost of $13.98 sent from a PayPal electronic payment account to Lex Digital corporation.

65.     On or around March 1, 2019, Plaintiffs received a package, pursuant to the February 20, 2019 order from "*tabletexpress_uk*," with a shipping label return address of "Dept.NJ # 11WG279, 1100 Cranbury South River Rd, Monroe Township, NJ 08831."  The package contained ghost shadow lights with projector

slides featuring Plaintiffs' BMW Trademarks. The ghost shadow lights were inspected to determine authenticity and were determined to be counterfeit.

66. On March 1, 2019, Plaintiffs sent a third cease and desist notice to Defendant US ELOGISTICS at its Monroe Township, New Jersey warehouse address identified on packages connected to purchases from eBay user IDs "*easybuying2016*" and "*tabletexpress_uk*."

67. On March 21, 2019, Plaintiffs authorized the purchase of "Replacement Car Emblem Chrome Front Badge Logo 82mm 2 Pins For BMW Hood/Trunk" (eBay Item #153396208795) from eBay user ID "*sansenkeji*" for a cost of $9.99 sent from a PayPal electronic payment account to a seller named with Chinese characters with the email address ebsansenkj@163.com.

68. On or around March 25, 2019, Plaintiffs received a package, pursuant to the March 21, 2019 order from "*sansenkeji*," with a shipping label return address of "Dept CA # 11W206, 13725 PIPELINE AVE, CHINO CA 91710-5417." The package contained a hood/trunk emblem badge featuring Plaintiffs' BMW Trademarks. The emblem badge was inspected to determine authenticity and was determined to be counterfeit.

69. On March 27, 2019, Plaintiffs authorized the purchase of "1Pcs Fit For BMW Emblem 82mm 2 Pin Front Hood Rear Truck Logo Badge" (eBay Item #273774542552) from eBay user ID "*honest201721*" for a cost of $11.99 sent from a PayPal electronic payment account to a seller named with Chinese characters with the email address 1016532876@qq.com.

70. On or around April 2, 2019, Plaintiffs received a package, pursuant to the March 27, 2019 order from "*honest201721*," with a shipping label return address of "Dept CA # 11W206, 13725 PIPELINE AVE, CHINO CA 91710-5417." The package contained a hood/trunk emblem badge featuring Plaintiffs' BMW Trademarks. The emblem badge was inspected to determine authenticity and was determined to be counterfeit.

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

71.    On March 27, 2019, Plaintiffs authorized the purchase of "Pair LED Step Door Welcome Lights Logo Ghost Shadow Laser Projector For BMW" (eBay Item #113491972950) from eBay user ID "*auto-part-2*" for a cost of $8.92 sent from a PayPal electronic payment account to MA LI with the email address roseybrouwn@outlook.com.

72.    On or around April 4, 2019, Plaintiffs received a package, pursuant to the March 27, 2019 order from "*auto-part-2*," with a shipping label return address of "Dept.NJ # 11W40, 1100 Cranbury South River Rd, Monroe Township, NJ 08831." The package contained 3D shadow lights with projector slides featuring Plaintiffs' BMW Trademarks. The 3D shadow lights were inspected to determine authenticity and were determined to be counterfeit.

73.    On April 11, 2019, Plaintiffs authorized the purchase of "3Pcs For BMW Black/Silver Carbon Fiber Front Rear Hood Trunk Emblem Badge" (eBay Item #223469460471) from eBay user ID "*tongxingmaoyi*" for a cost of $15.99 sent from a PayPal electronic payment account to a seller named with Chinese characters with the email address adonggh@163.com.

74.    On or around April 17, 2019, Plaintiffs received a package, pursuant to the April 11, 2019 order from "*tongxingmaoyi*," with a shipping label return address of "Dept CA # 11W206, 13725 PIPELINE AVE, CHINO CA 91710-5417." The package contained hood/trunk emblem badges featuring Plaintiffs' BMW Trademarks. The emblem badges were inspected to determine authenticity and were determined to be counterfeit.

75.    On April 11, 2019, Plaintiffs authorized the purchase of "3Pcs Set Fit For BMW Black/White Carbon Fiber Front Rear Hood Trunk Emblem Badge" (eBay Item #401736404579) from eBay user ID "*hzyilun*" for a cost of $15.99 sent from a PayPal electronic payment account to a seller named with Chinese characters with the email address feigough@163.com.

/ / /

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

76.     On or around April 17, 2019, Plaintiffs received a package, pursuant to the April 11, 2019 order from "*hzyilun*," with a shipping label return address of "Dept CA # 11W206, 13725 PIPELINE AVE, CHINO CA 91710-5417."  The package contained hood/trunk emblem badges featuring Plaintiffs' BMW Trademarks.  The emblem badges were inspected to determine authenticity and were determined to be counterfeit.

77.     Plaintiffs are informed and believe, and on that basis allege, that through such business activities, Defendants have purposefully derived benefit from their interstate commerce activities by operating within and expressly targeting foreseeable purchasers in the State of California and throughout the United States. But for Defendant US ELOGISTICS' importation and distribution of counterfeit BMW-branded products in California in conjunction with Foreign Third-Party Sellers, Plaintiffs would not have been able to make the purchases alleged herein.

78.     Plaintiffs are informed and believe, and on that basis allege, that Foreign-Third Party Sellers using Defendant US ELOGISTICS' importation and distribution services willfully use images and names identical to Plaintiffs' BMW Trademarks to confuse consumers and aid in the online promotion and sale of unauthorized and counterfeit products bearing BMW Trademarks.

79.     Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS is willfully blind to intentional infringement of Plaintiffs' BMW Trademarks by Foreign Third-Party Sellers.

80.     Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS knew or shown have known that Foreign-Third Party Sellers using its importation and distribution services were using its domestic warehouse distribution locations and services to deal in counterfeit and/or otherwise infringing products using Plaintiffs' BMW Trademarks in the United States.

81.     Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS has direct control and monitoring of the domestic

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

instrumentality used by its Foreign-Third Party Sellers to facilitate the importation, sale and distribution of counterfeit and/or otherwise infringing products using Plaintiffs' BMW Trademarks in the United States.

82.   Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS' entire business model of providing domestic importation, warehousing, distribution, and shipping services for overseas Foreign-Third Party Sellers is premised on shielding their users identities and infringing activities and intentionally inducing Foreign-Third Party Sellers to infringe Plaintiffs' BMW Trademarks by offering to facilitate and actually facilitating the sale and distribution of counterfeit and/or otherwise infringing products using Plaintiffs' BMW Trademarks in the United States.

83.   Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS' infringing uses of BMW Trademarks in commerce began long after Plaintiffs' adoption and use of the BMW Trademarks, after Plaintiffs obtained the trademark registrations alleged above, and after the BMW Trademarks became famous. Neither Plaintiffs nor any of Plaintiffs' authorized agents have consented to Defendant US ELOGISTICS' use of Plaintiffs' BMW Trademarks.

84.   Plaintiffs are informed and believe, and on that basis allege, that despite numerous notices to Defendant US ELOGISTICS to cease and desist from further dealings in counterfeit products bearing BMW Trademarks sent by Plaintiffs, Defendant US ELOGISTICS continued and continues to violate Plaintiffs' exclusive rights in and to the BMW Trademarks.

85.   Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS' actions were committed intentionally, in bad faith and with the intent to dilute Plaintiffs' marks, and to cause confusion and mistake, and to deceive the consuming public and the public at large as to the source, sponsorship and/or affiliation of Defendant, and/or Foreign Third-Party Sellers using

- 25 -

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

Defendant's services to facilitate the sale of counterfeit and unauthorized goods. Through its wrongful conduct, Defendant US ELOGISTICS has directly and derivatively traded upon and diminished Plaintiffs' goodwill.

86.     In committing these acts, all of which have and will continue to cause irreparable harm to Plaintiffs, Plaintiffs are informed and believe, and on that basis allege, that Defendant US ELOGISTICS has, among other things, willfully and in bad faith: (i) directly and/or secondarily infringed, tarnished, diluted Plaintiffs' rights in the BMW Trademarks; (ii) directly and/or secondarily misled the public into believing there is an association or connection between Defendant US ELOGISTICS and Plaintiffs and/or the products advertised and sold by Defendant US ELOGISTICS and Plaintiffs; (iii) directly and/or secondarily misled the public into believing that Plaintiffs endorse Defendant US ELOGISTICS products; (iv) directly and/or secondarily used false designations of origin on or in connection with its goods and services; (v) directly and/or secondarily committed unfair competition; (vi) directly and/or secondarily engaged in counterfeiting; and (vii) directly and/or secondarily unfairly profited from such activity.  Unless enjoined, Defendant US ELOGISTICS will continue to cause irreparable harm to Plaintiffs.

## FIRST CAUSE OF ACTION

**(Infringement of Registered Trademarks & Counterfeiting by Defendant US ELOGISTICS SERVICE CORP, and DOES 1 through 10, Inclusive)**

**[15 U.S.C. § 1114/*Lanham Act* § 32(a)]**

87.     Plaintiffs hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

88.     Plaintiffs have continuously used the BMW Trademarks in interstate commerce.

89.     Plaintiff BMW AG, as the exclusive owner of all right, title and interest in and to the BMW Trademarks, and Plaintiff BMW NA as an authorized licensee to use the BMW Trademarks in the United States with consent from Plaintiff BMW

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

AG, have standing to maintain an action for trademark infringement under 15 U.S.C. § 1114.

90.    Defendants did not and failed to obtain the consent or authorization of Plaintiffs as the registered owners of the BMW Trademarks to deal in and commercially import and/or distribute products bearing the BMW Trademarks in commerce.

91.    Plaintiffs are informed and believe, and on that basis allege, that Defendants are and at the time of their actions complained of herein were actually aware that Plaintiffs are the registered trademark holders of the BMW Trademarks.

92.    Plaintiffs are informed and believe, and on that basis allege, that Defendants intentionally and knowingly used in commerce the reproductions, counterfeits, copies, and/or colorable imitations of Plaintiffs' BMW Trademarks in connection with Foreign Third-Party Sellers who use BMW Trademarks to offer for sale and sell counterfeit goods bearing BMW Trademarks to consumers online.

93.    Plaintiffs are informed and believe, and on that basis allege, that Defendants imported, transported and distributed counterfeit goods bearing Plaintiffs' BMW Trademarks in commerce in connection with the sale, offering for sale, distribution, and/or advertising of counterfeit goods bearing Plaintiffs' BMW Trademarks.

94.    Plaintiffs are informed and believe, and on that basis allege, that Defendants' egregious and intentional importation and/or distribution of counterfeit goods bearing Plaintiffs' BMW Trademarks is likely to cause confusion, or to cause mistake, or to deceive, mislead, betray, and defraud consumers who believe that Defendants' items are authentic products manufactured by Plaintiffs and/or authorized manufacturers.

95.    Plaintiffs are informed and believe, and on that basis allege, that Defendants' acts have been committed with knowledge of Plaintiffs' exclusive rights and goodwill in the BMW Trademarks, as well as with bad faith and the intent to

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

1    cause confusion or to cause mistake and to deceive.

2        96.    Plaintiffs are informed and believe, and on that basis allege, that

3    Plaintiffs have suffered and will continue to suffer substantial and irreparable injury,

4    loss and damage to their rights in and to the BMW Trademarks and the goodwill

5    associated therewith, for which it has no adequate remedy at law; thus, Plaintiffs

6    request injunctive relief.

7        97.    Plaintiffs are informed and believe, and on that basis allege, that

8    Defendants' continued knowing and willful importation and/or distribution of goods

9    bearing Plaintiffs' BMW Trademarks without Plaintiffs' consent or authorization

10   constitutes intentional infringement of Plaintiffs' federally registered trademarks in

11   violation of Section 32 of the *Lanham Act*, 15 *U.S.C.* § 1114.  Based on such conduct,

12   Plaintiffs are entitled to injunctive relief as well as monetary damages, and other

13   remedies provided by section 1116, 1117, and 1118, including Defendants' profits,

14   treble damages, reasonable attorneys' fees, costs, statutory damages and/or

15   prejudgment interest.

16                              **SECOND CAUSE OF ACTION**

17   **(False Designation of Origin & Unfair Competition against Defendant US**

18         **ELOGISTICS SERVICE CORP, and DOES 1 through 10, Inclusive)**

19                      **[15 U.S.C. § 1125(a)/*Lanham Act* § 43(a)]**

20       98.    Plaintiffs hereby incorporate by reference each of the other allegations

21   set forth elsewhere in this Complaint as though fully set forth in this cause of action.

22       99.    Plaintiffs, as the owners of all common law right, title, and interest in

23   and to the BMW Trademarks, have standing to maintain an action for false

24   designation of origin and unfair competition under Section 43(a) of the *Lanham Act*

25   (15 U.S.C. § 1125).

26       100.   Plaintiffs' BMW Trademarks are inherently distinctive and/or have

27   otherwise acquired distinctiveness.

28   / / /

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

101.   Plaintiffs are informed and believe, and on that basis allege, that Defendants have without authorization, on or in connection with its goods and services, used in commerce marks that are confusingly similar to the asserted marks, and/or have made false designations of origin which are likely to cause confusion or cause mistake or to deceive as to the affiliation, connection or association of Defendants with Plaintiffs, and/or as to the origin, sponsorship or approval of Defendants' goods or services or commercial activities.

102.   Plaintiffs are informed and believe, and on that basis allege, that Defendants' conduct described above violates the *Lanham Act*, and Defendants have unfairly competed with and injured and, unless immediately restrained, will continue to injure Plaintiffs, causing damage to Plaintiffs in an amount to be determined at trial, and will cause irreparable injury to Plaintiffs' goodwill and reputation associated with the value of Plaintiffs' marks.

103.   Plaintiffs are informed and believe, and on that basis allege, that the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive and in blatant disregard of Plaintiffs' rights.

104.   Plaintiffs are informed and believe, and on that basis allege, that Defendants knew, or by the exercise of reasonable care should have known, that their adoption and commencement of use in commerce and continuing use of marks that are confusingly similar to and constitute a counterfeit reproduction of Plaintiffs' asserted marks would cause confusion, mistake, or deception among purchasers, users and the public.

105.   Plaintiffs are informed and believe, and on that basis allege, that Defendants' egregious and intentional use and distribution of fake, pirated and counterfeit items bearing Plaintiffs' asserted marks unfairly competes with Plaintiffs and is likely to cause confusion, mistake, or to deceive, mislead, betray, and defraud consumers to believe that the substandard imitations are genuine BMW products.

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

106.   Plaintiffs are informed and believe, and on that basis allege, that Defendants' continuing and knowing use of the BMW Trademarks constitutes false designation of origin and unfair competition in violation of Section 43(a) of the *Lanham Act* (15 U.S.C. § 1125(a)), causing Plaintiffs to suffer substantial and irreparable injury for which it has no adequate remedy at law.

107.   Plaintiffs are informed and believe, and on that basis allege, that Defendants' wrongful conduct has permitted or will permit it to make substantial profits on the strength of Plaintiffs' marketing, advertising, sales and consumer recognition.  As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiffs have been and will be deprived of sales of its BMW products in an amount as yet unknown but to be determined at trial, and have been deprived and will be deprived of the value of their marks as commercial assets in an amount as yet unknown but to be determined at trial.  Plaintiffs seek damages and an accounting of Defendants' profits, and requests that the Court grant Plaintiffs three times that amount in the Court's discretion.

108.   Plaintiffs are informed and believe, and on that basis allege, that based on Defendants' wrongful conduct, Plaintiffs are entitled to injunctive relief as well as monetary damages, and other remedies as provided by the *Lanham Ac*t, including Defendants' profits, treble damages, reasonable attorneys' fees, costs and prejudgment interest.

### THIRD CAUSE OF ACTION

**(Trademark Dilution against Defendant US ELOGISTICS SERVICE CORP,
and DOES 1 through 10, Inclusive)**

**[15 U.S.C. § 1125(c)]**

109.   Plaintiffs hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

110.   Plaintiffs' BMW Trademarks are distinctive, and the BMW, BMW M and MINI Marks are famous within the meaning of the *Lanham Act*.

- 30 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

111.   Plaintiffs are informed and believe, and on that basis allege, that Defendants' unlawful actions began long after Plaintiffs' BMW Trademarks became famous, and Defendants acted knowingly, deliberately and willfully with the intent to trade on Plaintiffs' reputation and to dilute Plaintiffs' BMW Trademarks. Defendants' conduct is willful, wanton and egregious.

112.   Plaintiffs are informed and believe, and on that basis allege, that Defendants' intentional importation, transportation and/or distribution of fake, pirated, and counterfeit items bearing Plaintiffs' BMW Trademarks is likely to cause confusion, mistake, or to deceive, mislead, betray, and defraud consumers to believe that the substandard imitations are genuine BMW products.   The actions of Defendants complained of herein have diluted and will continue to dilute the BMW Trademarks and other marks, and are likely to impair the distinctiveness, strength and value of Plaintiffs' BMW Trademarks, and injure the business reputation of Plaintiffs and their marks.

113.   Plaintiffs are informed and believe, and on that basis allege, that Defendants' acts have caused and will continue to cause Plaintiffs irreparable harm. Plaintiffs have no adequate remedy at law to compensate it fully for the damages that have been caused and which will continue to be caused by Defendants' unlawful acts, unless they are enjoined by this Court.

114.   As the acts alleged herein constitute a willful violation of section 43(c) of the *Lanham Act*, 15 U.S.C. section 1125(c), Plaintiffs are informed and believe, and on that basis allege, that they are entitled to injunctive relief as well as monetary damages and other remedies provided by 15 U.S.C. §§ 1116, 1117, 1118, and 1125(c), including Defendants' profits, actual and statutory damages, treble damages, reasonable attorney's fees, costs and prejudgment interest.

/ / /

/ / /

/ / /

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

**FOURTH CAUSE OF ACTION**

**(Unlawful, Unfair, Fraudulent Business Practices against Defendant US ELOGISTICS SERVICE CORP, and DOES 1 through 10, Inclusive)**

[*California Business & Professions Code* § 17200 *et seq.*]

115.   Plaintiffs hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

116.   Plaintiffs are informed and believe, and on that basis allege, that by marketing, advertising, promoting, selling, importing, transporting, warehousing, distributing, shipping and/or otherwise dealing in counterfeit BMW products, Defendants have engaged in unfair competition including unlawful, unfair, and fraudulent business practices in violation of the *California Business and Professions Code* § 17200 *et seq.*

117.   Plaintiffs are informed and believe, and on that basis allege, that Defendants' importation, transportation, distribution, and dealings in counterfeit BMW products is in violation and derogation of Plaintiffs' rights and is likely to cause confusion, mistake, and deception among consumers and the public as to the source, origin, sponsorship, or quality of the goods of Defendants, thereby causing loss, damage and injury to Plaintiffs and to the purchasing public.  Defendants' conduct was intended to cause such loss, damage and injury.

118.   Plaintiffs are informed and believe, and on that basis allege, that Defendants knew or by the exercise of reasonable care should have known that the marketing, advertising, promoting, and selling by Foreign Third-Party Sellers and Defendants' own importation, transportation, and distribution of counterfeit BMW products would cause confusion mistake or deception among purchasers, users and the public.

119.   Plaintiffs are informed and believe, and on that basis allege, that by marketing, advertising, promoting, importing, selling, distributing, and/or otherwise dealing in products bearing counterfeit versions of Plaintiffs' BMW Trademarks,

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

Defendants intended to, did, and will continue to induce customers to purchase counterfeit products by trading off the extensive goodwill built up by Plaintiffs in the BMW Trademarks.

120.   Plaintiffs are informed and believe, and on that basis allege, that the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive, and in disregard of Plaintiffs' rights.

121.   Plaintiffs are informed and believe, and on that basis allege, that Defendants' wrongful conduct, as alleged above, has permitted and will permit them to make substantial profits on the strength of Plaintiffs' nationwide marketing, advertising, sales and consumer recognition.  As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiffs have been and will be deprived of substantial sales of their products in an amount as yet unknown but to be determined at trial, and have been and will be deprived of the value of the BMW Trademarks as commercial assets, in an amount as yet unknown but to be determined at trial. Plaintiffs seek restitution in this matter, including an order granting Defendants' profits stemming from their infringing activity, and their actual and/or compensatory damages.

122.   Plaintiffs are informed and believe, and on that basis allege, that Plaintiffs have no adequate remedy at law for Defendants' continuing violation of its rights set forth above.  Plaintiffs seek injunctive relief.

## FIFTH CAUSE OF ACTION

### (Contributory Trademark Infringement against Defendant US ELOGISTICS SERVICE CORP, and DOES 1 through 10, Inclusive)

123.   Plaintiffs hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

124.   Plaintiffs are the exclusive owner of the BMW Trademarks and possess the trademark registrations for the same with the U.S.P.T.O.

/ / /

- 33 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

125.   Defendants did not and failed to obtain the consent or authorization of Plaintiffs to use Plaintiffs' BMW Trademarks to deal in and/or commercially import, transport, warehouse, distribute, fulfill orders for and/or ship products to consumers.

126.   Plaintiffs are informed and believe, and on that basis allege, that at the time of their actions, Defendants were aware (or were on actual and constructive notice) that Plaintiffs are the registered owner of the BMW Trademarks.

127.   Plaintiffs are informed and believe, and on that basis allege, that Foreign Third-Party Sellers (on Amazon, eBay or otherwise) have infringed upon Plaintiffs' BMW Trademarks by offering for sale and selling counterfeit products using BMW Trademarks in advertising and bearing BMW Trademarks using the services of Defendants.

128.   Plaintiffs are informed and believe, and on that basis allege, that by importing, transporting, warehousing, distributing, shipping or otherwise dealing in counterfeit BMW-branded products for Foreign Third-Party Sellers, Defendants have substantially and materially contributed to the infringement of Plaintiffs' BMW Trademarks and profited from same.

129.   Plaintiffs are informed and believe, and on that basis allege, that Defendants have induced infringement of the BMW Trademarks by providing Foreign Third-Party Sellers with the unrestricted ability to transport counterfeit BMW-branded products from China to warehouses in the United States for prompt shipment and delivery to unsuspecting online purchasers in the United States.

130.   Plaintiffs are informed and believe, and on that basis allege, that Defendants have no policies or procedures in place to detect, monitor, prevent, or, upon notice, cease the distribution of counterfeit BMW-branded products.

131.   Plaintiffs are informed and believe, and on that basis allege, that Defendants knew or should have known that the products they were dealing in, receiving payment for, manufacturing, distributing, selling, and/or advertising on behalf of their customers were counterfeit and infringing upon the BMW

- 34 -

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

1    Trademarks.

2         132.   Plaintiffs are informed and believe, and on that basis allege, that despite

3    receiving multiple notices of Plaintiffs' ownership of the BMW Trademarks and the

4    counterfeit nature of the BMW-branded products being offered for sale and sold by

5    Foreign Third-Party Sellers and imported, transported, and distributed by

6    Defendants, Defendants continued (and still continue) to provide their services to

7    Foreign Third-Party Sellers offering for sale and selling counterfeit BMW-branded

8    products.

9         133.   Plaintiffs are informed and believe, and on that basis allege, that as a

10   proximate result of Defendants' actions, Plaintiffs have suffered monetary damage

11   as well as irreparable harm and unquantifiable damage to Plaintiffs' BMW

12   Trademarks, reputation, and goodwill.

13                          **SIXTH CAUSE OF ACTION**

14   **(Vicarious Trademark Infringement against Defendant US ELOGISTICS**

15            **SERVICE CORP, and DOES 1 through 10, Inclusive)**

16        134.   Plaintiffs hereby incorporate by reference each of the other allegations

17   set forth elsewhere in this Complaint as though fully set forth in this cause of action.

18        135.   Plaintiffs are the exclusive owner of the BMW Trademarks and possess

19   trademark registrations for same with the U.S.P.T.O.

20        136.   Plaintiffs are informed and believe, and on that basis allege, that

21   Defendants have derived business financial gains and profited directly from the use

22   of Defendants' importation, warehousing, and/or distribution services by Foreign

23   Third-Party Sellers to distribute counterfeit BMW-branded products in the United

24   States and from the Central District of California.

25        137.   Plaintiffs are informed and believe, and on that basis allege, that

26   Defendants have entered into contracts, joint ventures and/or partnerships (either

27   written, oral, or implied-in-fact) with Foreign Third-Party Sellers relating to the

28   advertisement, offering for sale, sale, importation, transportation, storage,

                                    - 35 -

warehousing, distribution, shipping or otherwise dealing in counterfeit products bearing the BMW Trademarks.

138.   Plaintiffs are informed and believe, and on that basis allege, that Defendants had the right and ability to supervise and/or control the infringing activity of Foreign Third-Party Sellers using their services as evidenced by Defendants' importation and physical possession of the counterfeit products, Defendants' ability to prevent Foreign Third-Party Sellers from using their services to sell and distribute counterfeit goods bearing BMW Trademarks, and Defendants' ability to inspect inventory received from Foreign Third-Party Sellers before distributing any products.

139.   Plaintiffs are informed and believe, and on that basis allege, that Defendants failed to exercise their right and ability to supervise and/or control the infringing activity of Foreign Third-Party Sellers upon notice and continued to provide its services to known Foreign Third-Party Sellers using their services to sell and distribute counterfeit goods.

140.   Plaintiffs are informed and believe, and on that basis allege, that as a proximate result of Defendants' actions, Plaintiffs have suffered monetary damage as well as irreparable harm and unquantifiable damage to their BMW Trademarks, reputation, and goodwill.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG pray for judgment against Defendant US Elogistics Service Corp, and Does 1 through 10, inclusive, and each of them, as follows:

A.   For an award of Defendants' profits and Plaintiffs' damages in an amount to be proven at trial for trademark infringement under 15 U.S.C. § 1114(a);

B.   For an award of Defendants' profits and Plaintiffs' damages in an amount to be proven at trial for false designation of origin and unfair

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

competition under 15 U.S.C. § 1125(a);

C.    For $2,000,000.00 per counterfeit mark, per type of goods sold, offered for sale, or distributed under 15 U.S.C. § 1117(c).

D.    For an award of Defendants' profits and Plaintiffs' damages in an amount to be proven at trial for trademark dilution under 15 U.S.C. § 1125(c);

E.    In the alternative to actual damages and Defendants' profits for the infringement and counterfeiting of Plaintiffs' trademarks pursuant to the *Lanham Act*, for statutory damages pursuant to 15 U.S.C. § 1117(c), which election Plaintiffs will make prior to the rendering of final judgment;

F.    For restitution in an amount to be proven at trial for unfair, fraudulent and illegal business practices under *California Business and Professions Code* § 17200;

G.    For an award of Defendants' profits and Plaintiffs' damages in an amount to be proven at trial for contributory trademark infringement;

H.    For an award of Defendants' profits and Plaintiffs' damages in an amount to be proven at trial for vicarious trademark infringement;

I.    For temporary, preliminary and permanent injunctive relief from this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices described herein, including the advertising and/or dealing in any counterfeit product; the unauthorized use of any mark or other intellectual property right of Plaintiffs; acts of trademark infringement or dilution; false designation of origin; unfair competition; and any other act in derogation of Plaintiffs' rights;

J.    For an order from the Court requiring that Defendants provide complete accountings and for equitable relief, including that

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

1    Defendants disgorge and return or pay their ill-gotten gains obtained

2    from the illegal transactions entered into and or pay restitution,

3    including the amount of monies that should have been paid if

4    Defendants' complied with their legal obligations, or as equity

5    requires;

6    K.    For an order from the Court that an asset freeze or constructive trust

7          be imposed over all monies and profits in Defendants' possession

8          which rightfully belong to Plaintiffs;

9    L.    For destruction of the infringing articles in Defendants' possession

10         under 15 U.S.C. § 1118;

11   M.    For treble damages suffered by Plaintiffs as a result of the willful and

12         intentional infringements and acts of counterfeiting engaged in by

13         Defendants, under 15 U.S.C. § 1117(b);

14   N.    For damages in an amount to be proven at trial for unjust enrichment;

15   O.    For an award of exemplary or punitive damages in an amount to be

16         determined by the Court;

17   P.    For Plaintiffs' reasonable attorney's fees;

18   Q.    For all costs of suit; and

19   R.    For such other and further relief as the Court may deem just and

20         equitable.

21

22   DATED:  April 26, 2019          JOHNSON & PHAM, LLP

23                                   By: /s/ Marcus F. Chaney
24                                   Christopher D. Johnson, Esq.
25                                   Christopher Q. Pham, Esq.
                                     Marcus F. Chaney, Esq.
26                                   Nicole Drey Huerter, Esq.
                                     Attorneys for Plaintiffs
27                                   BMW OF NORTH AMERICA, LLC and
28                                   BAYERISCHE MOTOREN WERKE AG

- 38 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

1

## **DEMAND FOR JURY TRIAL**

2          Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG

3     respectfully demand a trial by jury in this action pursuant to Local Rule 38-1.

4

5     DATED:  April 26, 2019                    JOHNSON & PHAM, LLP

6
                                               By: /s/ Marcus F. Chaney
7                                              Christopher D. Johnson, Esq.
                                               Christopher Q. Pham, Esq.
8                                              Marcus F. Chaney, Esq.
                                               Nicole Drey Huerter, Esq.
9                                              Attorneys for Plaintiffs
10                                             BMW OF NORTH AMERICA, LLC and
11                                             BAYERISCHE MOTOREN WERKE AG

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF